**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

WALTER ANTONIO    :
ZACARIAS-SALDANA,   :
          :
   Plaintiff,    :
          :
   VS.      :  CASE NO. 4:17-CV-106-CDL-MSH
          :    42 U.S.C. §1983
CORE CIVIC,     :
          :
   Defendant.   :
_____

## ORDER

Plaintiff Walter Antonio Zacarias-Saldana, a detainee at the Stewart Detention Center in Lumpkin, Georgia, filed a pro se civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1.)   Plaintiff has not paid the filing fee or moved to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a).   Should Plaintiff wish to proceed without prepayment of the filing fee, he must submit a completed request to proceed *in forma pauperis* along with a financial affidavit.   Plaintiff shall have until **June 9, 2017** to comply with this Order and failure to comply with this Order may result in the dismissal of Petitioner's petition.   The clerk is directed to forward a financial affidavit to Petitioner with a copy of this Order. There shall be no service of process in this case until further order of the Court.

SO ORDERED, this 19th day of December, 2016.

         /s/ Stephen Hyles_____
         UNITED STATES MAGISTRATE JUDGE